# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

**Ruth Hensley,** :

    **Plaintiff** : Case No. C-2-09-597

     :

     : **Judge Marbley**

     :

**vs.** :

**LVNV Funding, LCCP** :

    **Defendants** :

## Agreed Entry of Dismissal With Prejudice

Plaintiff, Ruth Hensley, pursuant to civil rule 41(a) hereby dismisses, with prejudice, all his claims against all remaining Defendants, Morgan & Pottinger, Kathryn, Hogan, Brian Hicks and Michael Linden in the above-captioned matter having been amicably settled on terms agreed to by the parties.

Hon. Algernon Marbley
U.S. District Judge

*/s/Steven C. Shane*
Steven C. Shane (#0041124)
Trial Attorney for Plaintiff
P.O. Box 73067
Bellevue, KY 41073
(859) 431-7800
(859) 431-3100 facsimile
Shanelaw@fuse.net

*/s/Eric M. Jensen*
Eric M. Jensen
Morgan & Pottinger, PSC
601 West Main St.
Louisville, Ky. 40202
(502) 589-2780
(502) 560-6855 facsimile
Emj@morganandpottinger.com
Counsel for Defendants